SAUL D. BRENNER (SBN 130909)
sbrenner@loeb.com
KYLE PETERSEN (SBN 307483)
kpeterson@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:  310.282.2000
Facsimile:   310.282.2200

Attorneys for Plaintiff
GRABIT INTERACTIVE MEDIA,
INC., a Delaware corporation, dba
KERV, dba KERV INTERACTIVE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GRABIT INTERACTIVE MEDIA, INC., a Delaware corporation, dba KERV, dba KERV INTERACTIVE,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WELCH, an individual,<br><br>Defendant. | Case No. 2:23-cv-01394-DMG-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint Filed:  February 23, 2023 |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23698835.1
241508-10001

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE

1  **PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff GRABIT INTERACTIVE MEDIA, INC., dba KERV, dba KERV INTERACTIVE ("Plaintiff"), hereby dismisses the above-captioned action **without** prejudice.  Plaintiff notes that the defendant has not served an answer or a motion for summary judgment.

Dated:  March 28, 2023

SAUL D. BRENNER
KYLE PETERSEN
LOEB & LOEB LLP


By:  /s/ Saul D. Brenner
     Saul D. Brenner
     Attorneys for Plaintiff
     GRABIT INTERACTIVE MEDIA, INC.,
     a Delaware corporation, dba KERV,
     dba KERV INTERACTIVE

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

23698835.1
241508-10001

2

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE